UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SCOTT D SHAVER,<br><br>        Defendant. | Case No. 5-23-cv-02276-SB-SP<br><br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

On April 5, 2024, the Court held a mandatory scheduling conference (MSC) in this case.  The MSC had been set since February 23, and the parties filed their required Joint Rule 26(f) Report in advance of the hearing.  Dkt. Nos. 17, 25.  As stated in the Court's MSC order, the parties are required to appear in person at the MSC.  Dkt. No. 17.  Nevertheless, Defendant Scott D. Shaver, who is representing himself, failed to appear at the MSC.  Shaver is ordered to show cause, in writing, why he should not be sanctioned pursuant to Fed. R. Civ. P. 16(f)(1)(A) for failure to appear as directed.  Shaver shall file a written response to this order no later than April 19, 2024, at which point the Court will take the matter under submission.

Date: April 5, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1