JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-cv-02276-SB-SP |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| SCOTT D. SHAVER, | |
| Defendant. | |

For the reasons stated in the separate order granting summary judgment entered this day, it is ORDERED AND ADJUDGED that:

1. Defendant Scott D. Shaver's willful, unauthorized, and continued occupation of Lot 3 of the Jack Aye Subdivision (Lot 3) constituted a continuing trespass;

2. Defendant is ejected from Lot 3 and ordered not to return to it without written permission of the United States or the Colorado River Indian Tribes; and

3. Plaintiff United States shall have and recover from Defendant damages in the amount of $125,704.

This is a final judgment.

Date: December 2, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge